1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUSTAVO ARTEAGA-TORRES,<br><br>Defendant. | Case No.  07-00514-PSG<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☒ the appearance of defendant as required; and/or

☒ the safety of any person or the community.


//
//
//

The Court concludes:

☒ Defendant poses a risk to the safety of other persons or the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk.  The risk to the safety of other persons or the community is based on:

- Instant allegation in violation petition
- Lengthy criminal history
- History of substance abuse, specifically alcohol
- Two new criminal convictions (one misdemeanor, one felony) sustained while on supervised release in this matter

☒ Defendant is a risk of flight, and the Court finds that defendant has not met his burden of establishing by clear and convincing evidence that he is not such a risk.  The risk of flight is based on:

- Instant allegations in violation petition
- Providing an alias to law enforcement during 2013 contact
- Foreign ties
- Two removals and subsequent re-entries while on supervised release

IT IS THEREFORE ORDERED that the defendant be detained.

Dated: 06/28/2016

R.A.OL

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE